UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Court file number 00-CV-1861

VENCOR, INC., a Delaware corporation, d/b/a Vencor Hospital-Minneapolis,

Plaintiff,

v.

**STIPULATION TO EXTEND TIME TO ANSWER WITH ORDER**

Bear Creek Care & Rehabilitation Center, a for-profit Minnesota corporation,

Defendant.

Whereas Vencor, Inc., a Delaware corporation, d/b/a Vencor Hospital-Minneapolis has filed a Complaint with the District Court of Minnesota on or about August 7, 2000, commencing a cause of action against Bear Creek Care & Rehabilitation Center, a for-profit Minnesota corporation; and

Whereas Bear Creek Care & Rehabilitation Center is required to serve an Answer to this Complaint within twenty days of service of the Complaint; and

Whereas Vencor, Inc. and Bear Creek Care & Rehabilitation Center agree that it is in the best interest of the parties to extend Bear Creek's time to Answer the Complaint to allow an exchange of documents that may lead to resolution of the dispute between the parties;

The parties hereby agree to extend the time in which Bear Creek Care & Rehabilitation Center must Answer the Complaint an additional thirty days.

FILED SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Thus, by mutual agreement and stipulation, Bear Creek Care & Rehabilitation Center will provide an Answer to the Complaint on or before October 6, 2000.

Dated: Sept 6, 2000

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY Sheila A. Bjorklund

Sheila A. Bjorklund, I.D. No. 23722X
Attorneys for Vencor, Inc.
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Dated: 9/7, 2000

SHAPIRO & ADAMS, P.A.

BY Sandra Adams

Sandra Adams FL. BAR # 041467
Attorney for Bear Creek Care & Rehabilitation Center
2401 PGA Boulevard, Suite 272
Palm Beach Gardens, FL 33410
(561) 691 0059
FAX: (561) 691 0066

**ORDER**

In as much as the parties have agreed and stipulated to extend the time in which Bear Creek Care & Rehabilitation Center must answer the Complaint served upon it in this matter, the Court hereby

ORDERS:

1. Bear Creek Care & Rehabilitation Center will provide an Answer to the Complaint on or about October 6, 2000.

Dated: September 13, 2000

Susan Richard Nelson
Susan Nelson
Magistrate Judge