UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Court file number 00 CV 1861 (MJD/SRN)

---

VENCOR, INC., a Delaware corporation, d/b/a Vencor Hospital-Minneapolis,

Plaintiff,

v.

**STIPULATION OF DISMISSAL**

Bear Creek Care & Rehabilitation Center, a for-profit Minnesota corporation,

Defendant.

---

The above-entitled action having been fully, finally, and completely compromised between the parties,

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties through their respective counsel that the same may be and hereby is dismissed with prejudice and on the merits and without costs and disbursements to any party, and that any party hereto and forthwith and without notice to any other party, may apply to the court pursuant to this Stipulation for an Order directing that Judgment of Dismissal be entered accordingly.

FEB 13 2001
FILED
CLERK

Dated: ~~November 28~~ December 8, 2000

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY Sheila A. Bjorklund

Sheila A. Bjorklund, I.D. No. 23722X
Attorneys for Plaintiff
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Dated: December 18, 2000

SHAPIRO & ADAMS, P.A.

BY Sandra Adams

Sandra Adams, Fl. Bar # 041467
Attorneys for Bear Creek Care & Rehabilitation Center
2401 PGA Boulevard, Suite 272
Palm Beach Gardens, FL 33410
(561) 691 0059
FAX: (561) 691 0066

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation of Dismissal, IT IS HEREBY ORDERED that the Court Administrator is directed to enter forthwith judgment dismissing the above-entitled action, with prejudice, on the merits, and without costs or disbursements to any party.

Dated this 13th day of Feb, ~~2000.~~ 2001

BY THE COURT:

Michael J. Davis

~~Magistrate~~ Judge of District Court